# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Jose Cota-Quintero<br>a.k.a. Gonzalez, Santiago<br>A200 831 970<br>*Defendant* | Case No. 17-7503MJ |

DA 10/15/17

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about October 15, 2017, in the County of Pinal, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Jose Cota-Quintero, an alien, was found in the United States of America, at or near Maricopa, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States, at or near Nogales, Arizona, on or about July 8, 2010, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

I further state that I am a Border Patrol agent with U.S. Customs and Border Protection.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

REVIEWED BY: *CEB* Charles E. Bailey P.S. for SAUSA Brett Day

☒ Continued on the attached sheet.

_____
Complainant's signature
Albert A. Martinez
U.S. Border Patrol Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: October 16, 2017

_____
Judge's signature

Bridget S. Bade
United States Magistrate Judge
*Printed name and title*

City and state: Phoenix, Arizona

## STATEMENT OF PROBABLE CAUSE

I, Albert A. Martinez, being duly sworn, hereby depose and state as follows:

1. Your affiant is a United States Border Patrol Agent. I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On October 15, 2017, Border Patrol Agent M. Clinghan encountered an individual near Maricopa, in the District of Arizona. The agent identified himself as a Border Patrol agent and performed an immigration inspection on the individual. The individual, later identified as Jose Cota-Quintero, admitted to being a citizen and national of a country other than the United States, unlawfully present in the United States. Cota-Quintero was transported to the Casa Grande Border Patrol Station for further processing. Cota-Quintero was held in administrative custody until his identity could be confirmed along with his immigration and criminal history.

3. Immigration history checks revealed Jose Cota-Quintero to be a citizen of Mexico and a previously deported alien. Cota-Quintero was removed from the United States to Mexico through Nogales, Arizona, on or about July 8, 2010, pursuant to the reinstatement of a removal order issued by an immigration official. There is no record of Jose Cota-Quintero in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Cota-Quintero's immigration

history was matched to him by electronic fingerprint comparison.

4. On October 15, 2017, Jose Cota-Quintero was advised of his constitutional rights. Cota-Quintero freely and willingly acknowledged his rights and agreed to provide a statement under oath. Cota-Quintero stated that his true and complete name is Jose Cota-Quintero and that he is a citizen of Mexico and of no other country. Cota-Quintero stated that he illegally entered the United States at or near Nogales, Arizona, on or about February 08, 2012, at around 10:00 pm, without inspection by an immigration officer. Cota-Quintero further stated that he had been previously removed from the United States to Mexico and did not receive permission from the Secretary of the Department of Homeland Security to re-enter the United States after his removal.

5. For these reasons, this affiant submits that there is probable cause to believe that on or about October 15, 2017, Jose Cota-Quintero, an alien, was found in the United States of America, at or near Maricopa, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States

///

///

///

at or near Nogales, Arizona, on or about July 8, 2010, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

_____
Albert A. Martinez
U.S. Border Patrol Agent

Sworn to and subscribed before me
this 16th day of October, 2017.

_____
Bridget S. Bade
United States Magistrate Judge

3